# Sherry *v.* Priest.

### Motion to Amend Judgment Nunc Pro Tunc.

*Judgment on appeal bond ; power and duty of court to amend nunc pro tunc; error ; reversal.*—An appeal bond having been given in the penalty of $14, and the court below having rendered judgment against principal and surety thereon for $170, and a motion to amend the judgment *nunc pro tunc,* to limit the judgment to the penalty of the bond, having been overruled—

*Held :* 1. It was both the power and duty of the court to entertain the motion and make the correction.

2. The court erred in rendering judgment in a greater sum than the penalty of the bond.

3. In consequence of such error, this court reverses the decision on the motion, and here renders judgment limiting the recovery to the penalty of the bond.

APPEAL from the City Court of Eufaula.

Heard before the Hon. E. M. KEILS.

This proceeding grew out of an appeal case from a justice of the peace of Barbour county, to the City Court of Eufaula, in which case the present appellee was plaintiff, and one Mathew Pryne defendant. On the trial of such case, *de novo,* in the City Court, the defendant consented to a verdict and judgment against himself for the costs, the plaintiff remitting the damages claimed in the suit. Upon such judgment execution issued against the defendant, Pryne, and his security, James Sherry, the appellant here, on the bond

[Sherry v. Priest.]

of appeal from the justice's court, for $170, being the
whole amount of the costs. At a subsequent term of said
City Court, Sherry appeared by attorney, and orally moved
the court to instruct the sheriff, in whose hands the execu-
tion still remained, that the sheriff must not levy on said
Sherry's property for any sum in excess of the penalty of
the appeal bond, which was $14. The court declined to
so instruct the sheriff; whereupon Sherry's counsel moved
the court to amend the judgment entry, *nunc pro tunc*, so as
to make the judgment conform to the legal requirements as
to the defendant and his bondsmen on the appeal bond, so
that the executions may not exceed the penal sum of the
bond. This motion was overruled, and the defendant now
assigns such ruling of the court as error.

GOODE & TONEY, for appellant.

S. H. DENT, *contra*.

STONE, J.—The appeal bond in this case was in the
penalty of fourteen dollars. The court below gave judg-
ment against defendant and his sureties on the appeal bond,
for all the costs, which were taxed by the clerk at $170. A
motion was made in the court below to amend the judgment,
*nunc pro tunc*, so as to limit the judgment against the sure-
ties to fourteen dollars, the penalty of the bond. The City
Court overruled the motion, and permitted the judgment to
stand as rendered. It was both the power and duty of the
court below to entertain the motion, and make the correc-
tion.—1 Brick. Dig. 78, *et seq.*, §§ 144, 150, 152, 170, 176.

The City Court erred in rendering judgment against the
sureties for a greater sum than the penalty of the appeal
bond, and that court should have corrected the error when
moved thereto.—*McBarnett v. Breed*, 6 Ala. 476; *Withering-
ton v. Brantley*, 18 Ala. 197; *McKeen v. Nelms*, 9 Ala. 510;
*Hill v. Rushing*, 4 Ala. 212; *Pryor v. Beck*, 21 Ala. 397.

Motion having been made in the court below to correct
this error, and that motion having been overruled, this court
will reverse the decision so rendered on the motion.—Rev.
Code, § 2807; *Warfield v. The State*, 34 Ala. 261.

Judgment of the City Court reversed, and here rendered,
limiting the recovery against the sureties on the appeal bond,
to fourteen dollars of the costs. Let the appellee pay the
costs of this appeal.